NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMINION RESOURCES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5087

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-195, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Dominion Resources, Inc. moves for a 42-day extension of time, until December 1, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 17 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Eric R. Fox, Esq.
    Karen G. Gregory, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 17 2011

**JAN HORBALY**
**CLERK**